**Order entered May 5, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01364-CV

**EXCO RESOURCES, INC., Appellant**

**V.**

**CUDD PRESSURE CONTROL, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13248**

## ORDER

We **GRANT** appellant's May 1, 2015 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on May 1, 2015 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE